UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARYL ROBERTSON DDS, P.A. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-222 |
| | § | |
| CENTRAL INSURANCE COMPANIES | § | |
| Defendant | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Daryl Robertson DDS, P.A. ("Plaintiff"), and Defendant, Central Mutual Insurance Company ("Defendant"), who has been incorrectly named as "Central Insurance Companies," jointly move to dismiss with prejudice all claims which either Plaintiff or Defendant has asserted, or could have asserted, against each other in this lawsuit. In support of this motion, Plaintiff and Defendant would show the following:

1.

Plaintiff and Defendant would show that a settlement has been reached between them as to all claims and causes of action which they have asserted against each other in this lawsuit. As Plaintiff and Defendant have settled all issues in this lawsuit as relating between them, Plaintiff and Defendant would now jointly move the Court to dismiss all claims Plaintiff has asserted, or could have asserted, against Defendant in this lawsuit, with prejudice to the refiling of same, and to dismiss all claims which Defendant has asserted, or could have asserted, against Plaintiff in this lawsuit, with prejudice to the refiling of same.

For all of the above reasons, Plaintiff, Daryl Robertson DDS, P.A., and Defendant, Central Mutual Insurance Company, request this motion be granted in its entirety, and that this Court enter

an order dismissing all claims which Plaintiff has or could have asserted against Defendant in this lawsuit, with prejudice to the refiling of same, and dismissing all claims which Defendant has or could have asserted against Plaintiff in this lawsuit, with prejudice to the refiling of same, with all costs of court to be borne by those parties who incurred them.

                        Respectfully submitted,

                        /S/Leon Mitchell
                        Leon Mitchell
                        Texas State Bar No. 14220700
                        MITCHELL & JONES
                        P.O. Drawer 707
                        Borger, Texas 79008-0707
                        (806) 273-2857
                        (806) 273-2157 (fax)
                        ATTORNEY FOR PLAINTIFF
                        DARYL ROBERTSON DDS, P.A.


                        S/Russell J. Bowman
                        Russell J. Bowman
                        Texas State Bar No. 02751550
                        800 West Airport Freeway, Suite 860
                        Irving, Texas 75062
                        (214) 922-0220
                        (214) 922-0225 (FAX)
                        ATTORNEY FOR DEFENDANT CENTRAL MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

     This is to certify that on April 19, 2017, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Leon Mitchell, Attorney for Plaintiff.

                        /S/Russell J. Bowman
                        Russell J. Bowman