UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARYL ROBERTSON DDS, P.A. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-222 |
| | § | |
| CENTRAL INSURANCE COMPANIES | § | |
| Defendant | § | |

### ORDER

Considering the joint motion of Plaintiff, Daryl Robertson DDS, P.A. ("Plaintiff"), and Defendant, Central Mutual Insurance Company, who has been incorrectly named as "Central Insurance Companies", to dismiss all claims and causes of action between them, the Court finds that the motion should be granted.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims which Plaintiff, Daryl Robertson DDS, P.A., asserted or could have asserted in this lawsuit against Defendant, Central Mutual Insurance Company, who has been incorrectly named as "Central Insurance Companies", are hereby dismissed with prejudice to the refiling of same. It is further ordered, adjudged and decreed that all causes of action which Defendant, Central Mutual Insurance Company, asserted or could have asserted in this lawsuit against Plaintiff, Daryl Robertson DDS, P.A., are hereby dismissed with prejudice to the refiling of same.

It is further ordered that as between Plaintiff and Defendant, all costs of court are to be borne by those parties who incurred them.

Signed this 20th day of April, 2017.

s/ Mary Lou Robinson
SENIOR UNITED STATE DISTRICT JUDGE

APPROVED:



S/Leon Mitchell
Leon Mitchell
ATTORNEY FOR PLAINTIFF
DARYL ROBERTSON DDS, P.A.



S/Russell J. Bowman
Russell J. Bowman
ATTORNEY FOR DEFENDANT
CENTRAL MUTUAL INSURANCE COMPANY